# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Justin L. Alston  
        Debtor(s)

CHAPTER 13

BKY. NO. 14-16304 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MidFirst Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8405

                                        Respectfully submitted,

                                        **/s/Thomas Puleo, Esquire**  
                                        Thomas Puleo, Esquire  
                                        Brian C. Nicholas, Esquire  
                                        KML Law Group, P.C.  
                                        701 Market Street, Suite 5000  
                                        Philadelphia, PA 19106-1532  
                                        (215) 825-6306  FAX (215) 825-6406