United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-16304-amc
Justin L. Alston                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 2              Date Rcvd: Nov 15, 2019
                              Form ID: 138NEW        Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
```
db           +Justin L. Alston,    1314 Narragansett Street,    Philadelphia, PA 19138-1912
13361845      Accounts Receivable Mg,    155 Mid Atlantic Parkway,    Thorofare, NJ 08086
13361846     +Citgo/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13361848     +Drivehere,    1001 W Ridge Pike,    Conshohocken, PA 19428-1015
13361849     +Dsrm Nt Bk,    7201 Canyon Dr,    Amarillo, TX 79110-4339
13361850     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13361851     +Four Seasons Investments, LLC,    P.O. Box 213,    Wynnewood, PA 19096-0213
13361853     +Hsbc Bank,    Po Box 19360,    Portland, OR 97280-0360
13460720     +MidFirst Bank,    999 NorthWest Grand Boulevard,    OKlahoma City, OK 73118-6051
13361855     +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
13361858      Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13361859     +Philadelphia Co Drs,    34 S 11th St Rm 304,    Philadelphia, PA 19107-3623
13361860     +Philadelphia Parking,    Red Light Camera Program,    2467 Grant Avenue,
               Philadelphia, PA 19114-1004
13361861     +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13361863     +Shell/Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
13361864     +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Nov 16 2019 04:05:45      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 04:04:42
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2019 04:05:31      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13455730      E-mail/Text: megan.harper@phila.gov Nov 16 2019 04:05:45      City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13462700     +E-mail/Text: megan.harper@phila.gov Nov 16 2019 04:05:45
               CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13361847     +E-mail/Text: mrdiscen@discover.com Nov 16 2019 04:04:05      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
13361852     +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:29      Gecrb/Walmart,    Po Box 965024,
               Orlando, FL 32896-5024
13425816      E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2019 04:05:22      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
13361857     +E-mail/Text: bankruptcygroup@peco-energy.com Nov 16 2019 04:04:18      PECO,   P.O. Box 8699,
               Philadelphia, PA 19101-8699
13403602     +E-mail/Text: bankruptcygroup@peco-energy.com Nov 16 2019 04:04:18      PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13361856      E-mail/Text: bankruptcy@philapark.org Nov 16 2019 04:06:18      Parking Violations Branch,
               City of Philadelphia,    Commwealth of PA,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13361862     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 04:18:34
               Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13361865      E-mail/Text: megan.harper@phila.gov Nov 16 2019 04:05:45      Water Revenue Bureau,
               1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13361854     ##+Interstate Credit & Co,    21 W Fornance St,    Norristown, PA 19401-3300
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: dlv              Page 2 of 2            Date Rcvd: Nov 15, 2019
                              Form ID: 138NEW        Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Debtor Justin L. Alston dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Justin L. Alston
       Debtor(s)　　　　　　　　　　　　　　　　Bankruptcy No: 14−16304−amc
　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                900 Market Street
                Suite 400
                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                              For The Court
                             Timothy B. McGrath
                              Clerk of Court

Dated: 11/15/19

                                                          53 − 51
                                                      Form 138_new