Certificate Number: 12433-PAE-DE-033745595

Bankruptcy Case Number: 14-16304


12433-PAE-DE-033745595

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 25, 2019</u>, at <u>7:48</u> o'clock <u>AM EST</u>, <u>Justin L Alston</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 25, 2019</u>          By:    <u>/s/Lisa Susoev</u>

                                        Name:  <u>Lisa Susoev</u>

                                        Title: <u>Teacher</u>